**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **PAWAN BHANDARI and SOPHIYA ARYAL,**<br>***Plaintiffs,***<br><br>***v.***<br><br>**MARKWAYNE MULLIN, Secretary of Homeland Security, and JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services (USCIS),**<br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **NO. 1:26-CV-00167-ADA-ML** |

**ORDER**

On August 24, 2026, Plaintiffs submitted a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 11. Plaintiff dismissed the action voluntarily, citing Rule 41(a)(1)(a)(i) before Defendant filed an answer or motion for summary judgment. *Id.* This unilateral dismissal requires no judicial action and is effective automatically upon filing. *See Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Plaintiff's action is therefore **DISMISSED WITHOUT PREJUDICE.** Accordingly, as nothing remains to resolve, this case is now **CLOSED**. Therefore, the Clerk's Office is directed to **CLOSE** this case.

**SIGNED ON AUGUST 25, 2026.**

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**